39 So.2d 256

**GREAT ATLANTIC & PACIFIC TEA CO.**
**v. Jacqueline MEEKS.**

6 Div. 679.

Court of Appeals of Alabama.

Feb. 22, 1949.

Huey, Welch & Stone, of Bessemer and Drennen & Drennen, of Birmingham, for appellant.

Lipscomb & Brobston, of Bessemer, for appellee.

BRICKEN, Presiding Judge.

This is a companion case to that of Great Atlantic and Pacific Tea Company, a Corporation, v. Meeks, Ala.App., 38 So.2d 891,[1] appealed from the Circuit Court of Jefferson County, Bessemer Division. The facts, and points of decision involved are identical, which case was affirmed by this court on January 11, 1949.

Upon authority of said case the judgment appealed from in this case is affirmed.

Affirmed.